UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-00088 |
| | ) | JUDGE SHARP |
| TIMOTHY FLANAGAN | ) | |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, September 30, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE