UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:14-CR-00088 |
| v. ) | |
| ) | CHIEF JUDGE SHARP |
| TIMOTHY FLANAGAN ) | |

**POSITION OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**

    COMES NOW the United States of America by and through Assistant United States Attorney Harold B. McDonough, and states it has no objection to the facts contained in the Revised Presentence Investigation Report or to the guideline calculations contained in the report dated February 6, 2015.

    Respectfully submitted,

    DAVID A. RIVERA
    UNITED STATES ATTORNEY

BY:    s/Harold B. McDonough
    HAROLD B. McDONOUGH
    Assistant United States Attorney
    110 9th Avenue, South, Suite A-961
    Nashville, TN 37203-3870
    Phone: (615) 736-5151

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors was sent this 10th day of February, 2015, via the Court's electronic filing system to the following:

David R. Heroux
943 Main Street
Nashville, TN 37206

and via email to:

Liberty Lander
U. S. Probation Officer
110 9th Avenue South – Suite A-725
Nashville, TN 37203-3899


    s/Harold B. McDonough
HAROLD B. McDONOUGH, JR.
Assistant United States Attorney

2