IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE No.    3:14-00088 |
| ) | JUDGE SHARP |
| TIMOTHY FLANAGAN ) | |
| Defendant ) | |

# DEFENDANT'S NOTICE OF OBJECTION
# TO THE PRESENTENCE REPORT

Comes now the defendant, Timothy Flanagan, by and though his counsel of record, David R. Heroux, pursuant to Administrative Order 117-3 of the United States District Court for the Middle District of Tennessee, and herein provides notice to the Court that the defendant has no objection to the Presentence Report as revised on February 6, 2015.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

S/ David R. Heroux
David R. Heroux,    BPR    20798
Attorney for the Defendant
943 Main Street
Nashville, TN 37206
(615) 250-0050

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing "DEFENDANT'S NOTICE OF OBJECTION TO THE PRESENTENCE REPORT" has been provided to:

    Mr. Harold Benton McDonough , Jr.
    Assistant United States Attorney
    110 Ninth Avenue South, Suite A961
    Nashville, Tennessee 37203-3870

    Jared Fishman
    Department of Justice
    Civil Rights Division/Criminal Section
    601 D Street, N.W.
    5th Floor
    Washington, DC 20004

This the 10th day of February, 2015.

                                                S/: David R. Heroux
                                               David R. Heroux