PROB 12B
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Petition to Modify the Condition or Term of Supervision
*(Probation Form 49 Waiver of Hearing on the Modification is attached)*

Name of Offender: Timothy Flanagan                              Case Number:  3:14-00088-01

Name of Judicial Officer: The Honorable Kevin H. Sharp, Chief U. S. District Judge

Date of Original Sentence: February 13, 2015

Original Offense: Ct. 1: 18 U.S.C. § 241, Conspiracy Against Rights; Ct. 2: 42 U.S.C. § 3631(b), Interference

with Housing Rights

Original Sentence:  9 months' custody; 1 year supervised release

Type of Supervision:   Supervised Release              Date Supervision Commenced: In custody

Assistant U.S. Attorney:  Harold McDonough, Jr.        Defense Attorney: David R. Heroux

---

### PETITIONING THE COURT

■ To modify the release conditions as follows:

The defendant shall reside at a residential reentry center (RRC) not to exceed 180 days as directed by the
United States Probation Officer. While participating in the RRC placement, the defendant shall obtain gainful
employment and establish a savings account.

THE COURT ORDERS:

☐ No Action

☐ The extension of supervision as noted above.

☑ The modification(s) as noted above.

☐ Other.

Considered this 25th day of  June , 2015, and
made a part of the records in the above case.

_____
Chief U. S. District Judge
Kevin H. Sharp

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

Date    June 24, 2015

## CAUSE

The Bureau of Prisons (BOP) sent a prerelease document notifying the probation office of Timothy Flanagan's pending release on January 28, 2016, and that he would be homeless. The BOP can not confirm any RRC placement prior to his release. Mr. Flanagan has signed the attached Probation 49, Waiver of Hearing, to add this condition.

It is recommended that the special condition be added so Mr. Flanagan will not be homeless, and it will allow him to obtain gainful employment so he can secure housing in the future.

The U. S. Attorney's Office has been advised of the offender's situation and the probation officer's request for a modification of his conditions.

Approved: _____

Vidette Putman
Supervisory U.S. Probation Officer

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# MIDDLE DISTRICT OF TENNESSEE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside at a residential reentry center (RRC) not to exceed 180 days as directed by the United States Probation Officer. While participating in the RRC placement, the defendant shall obtain gainful employment and establish a savings account.

Witness: W. Juypman          Signed: _____

Timothy Flanagan
Probationer or Supervised Releasee

June 16, 2015
Date